UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANE E. KASPRZYK,

    Plaintiff,

v.                                                Case No. 12-13018

LOWE'S HOME CENTERS, INC., et al.,

    Defendants.
                                             /

**ORDER DISMISSING THE ACTION AND CLOSING THE CASE**

The parties settled the action during a December 13, 2012, settlement conference before the court. Accordingly,

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE and that the case is CLOSED subject to the right of any party to submit a stipulated form of final order or judgment. If the parties submit nothing by January 4, 2013, the action will be deemed dismissed with prejudice.

                                               s/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: December 17, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 17, 2012, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522